### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Steven Dougherty<br>Tracey Dougherty<br><br>      <u>Debtors</u> | CHAPTER 13 |
| U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Trust Series 2000-4<br><br>      <u>Movant</u><br>vs. | NO. 11-19313 MDC<br><br>11 U.S.C. Section 362 |
| Steven Dougherty<br>Tracey Dougherty<br><br>      <u>Debtors</u><br><br>William C. Miller Esq.<br><br>      <u>Trustee</u> |  |

## <u>STIPULATION</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by Movant on Debtors' residence is **$2,877.46,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2016 through August 2016 at $778.58 |
| Suspense: | ($236.86) |
| **Total Post-Petition Arrears** | **$2,877.46** |

2.    Debtors shall cure said arrearages in the following manner;

a).  Beginning September 2016 and continuing through December 2016, until the arrearages are cured, Debtors shall pay the present regular monthly payment of **$778.58** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$719.37** towards the arrearages on or before the last day of each month at the address below;

JPMorgan Chase Bank, N.A.
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219

b).    Maintenance of current monthly mortgage payments to Movant thereafter.

3.     Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.     In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.     The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.     If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.     If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.     The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.     The parties agree that a facsimile signature shall be considered an original signature.

Date:     September 23, 2016

10/4/16

**No Objection:**

_Jacqueline L Charlesta_

TRUSTEE

Date: 9/26/16

**\*without prejudice to any trustee rights or remedies**

By:     **/s/ Joshua I. Goldman, Esquire**
        Joshua I. Goldman, Esquire
        Attorneys for Movant
        KML Law Group, P.C.
        Main Number: (215) 627-1322

Michael Gumbel Esquire
Attorney for Debtors

Approved by the Court this **18th** day of **October**_____, 2016.  However, the court retains discretion regarding entry of any further order.

_Magdeline D. Coleman_
Bankruptcy Judge, Magdeline D. Coleman