Certificate Number: 01401-PAE-DE-017623077

Bankruptcy Case Number: 11-19313



01401-PAE-DE-017623077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2012, at 3:56 o'clock PM EDT, Steve D Dougherty completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 14, 2012

By:  /s/Candy Wright

Name:  Candy Wright

Title:  Counselor

Certificate Number: 01401-PAE-DE-017630664

Bankruptcy Case Number: 11-19313



01401-PAE-DE-017630664

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2012, at 11:17 o'clock AM EDT, Tracey D Dougherty completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 15, 2012            By:   /s/Candy Wright

                                  Name: Candy Wright

                                  Title: Counselor