**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Dougherty and Tracey Dougherty <br>        <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 11-19313 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Trust Series 2000-4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6225

                                            Respectfully submitted,

                                            **/s/Thomas Puleo, Esquire**
                                            Thomas Puleo, Esquire
                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406