**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Dougherty <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 11-19313 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as Indenture Trustee for AFC Trust Series 2000-4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ase)

                                              Respectfully submitted,

                                              **/s/Brian C. Nicholas, Esquire**
                                              Brian C. Nicholas, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406