United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Steven Dougherty
Tracey Dougherty
                Debtors

Case No. 11-19313-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG            Page 1 of 1                  Date Rcvd: Apr 21, 2017
                            Form ID: 195               Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         +Steven Dougherty,    Tracey Dougherty,    161 Hansen Terrace,    Collingdale, PA 19023-4003
cr              EMC MORTGAGE,    Mail Code LA4-5555   700 Kansas Lane,    Monroe, LA   71203
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
cr             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 21 2017 17:00:17      Granite Recovery LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2017 17:06:49
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 17:00:13
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, et al
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, National Association ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, et al
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee,
               successor by merger to LaSalle Bank National Association, as bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL   GUMBEL    on behalf of Plaintiff Steven   Dougherty mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Debtor Steven   Dougherty mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Plaintiff Tracey   Dougherty mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Joint Debtor Tracey   Dougherty mgumbel@bainbridgelawcenter.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                : Chapter 13

Steven Dougherty and Tracey Dougherty                                 : Case No. 11−19313−mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 21, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

63
Form 195